W. J. GARRETT, *as Receiver for Kotshonis Candy Company* v.
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD.

(Filed February 11, 1905.)

*Error from the Probate Court of Oklahoma County; before*
*William P. Harper, Trial Judge.*

*Thompson & Caldwell,* for plaintiff in error.
*H. H. Howard,* for defendant in error.

Opinion of the court by

HAINER, J.:    The facts in this case are identical with
the facts in the case of *Garrett, Receiver v. London & Lan-*
*cashire Fire Insurance Company,* decided at this term of
court, both causes being submitted upon the same briefs, and
upon the authority of that case the judgment of the court
below is affirmed.

Beauchamp, J., absent; all the other Justices concurring.